UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 04-2(1) JNE

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| )  | |
| Plaintiff,     ) | |
| )  | **ORDER** |
| v.     ) | |
| )  | |
| TAMMY CARDRICHE,     ) | |
| )  | |
| Defendant.     ) | |

Tammy Cardriche has moved, pursuant to 18 U.S.C. § 3582(c), for a sentencing reduction under the revised and retroactive amendments to the United States Sentencing Guidelines applicable to crack cocaine cases. It is hereby ORDERED that Ms. Cardriche's motion is granted. Her sentence is amended to sixty -three (63) months.

Date:   December 2, 2008                                    s/ Joan N. Ericksen
                                                            Judge Joan N. Ericksen
                                                            United States District Court
                                                            District of Minnesota